IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THOMAS C O'BRYANT,

    Plaintiff,

v.                                        CASE NO. 1:10-cv-00076-MP -GRJ

JIMMY JONES, et al,

    Defendants.

_____/

## O R D E R

Presently pending before the Court are Plaintiff's Motion for Order Directing Defendants to Deduct Fees from His Prison Inmate Bank Account or in the Alternative, Motion for More Specific Instructions and Extension of Time (doc. 32) and Plaintiff's Motion to Refund Overpayment. (Doc. 31).

Defendants have already specified the manner in which Plaintiff is to pay them for service costs, that is by check made payable to Department of Corrections (Doc. 19, p. 4), and no further instructions will issue from this Court on how to accomplish this. If the method for payment set out in Defendants' motion is unworkable, as Plaintiff suggests, then counsel for Defendants shall make arrangements with Plaintiff and his institution for payment in whatever method works. No additional time should be necessary for this process. Plaintiff has through December 5, 2010, to complete payment and Defendants are on notice that Plaintiff is attempting to make payment. Thus, Plaintiff's Motion asking for more detailed instruction and additional time (doc. 32) is **DENIED**.

Plaintiff also seeks an overpayment from the United States Marshals Service for

service costs paid to that agency.  Plaintiff is correct that the number of defendants served was five, not six, and therefore insofar as he seeks a correction of the amount to be paid, the motion is **GRANTED**.  However, reimbursement of an overpayment is not in order since no payment has been made to the United States Marshals Service as of this date.  Plaintiff should submit a corrected Special Withdrawal Form with a copy of this Order to his institution as soon as possible so that when payment is made it will be in the corrected amount.

Accordingly, it is **ORDERED:**

1.  Plaintiff's Motion for Order Directing Defendants to Deduct Fees from his Prison Inmate Account (Doc. 32) is **DENIED**.

2.  Plaintiff's Motion to Refund Overpayment (doc. 31) is **GRANTED IN PART**, insofar as the amount owed to the United States Marshals Service is $40.00, not $48.00, and the cashier's check or money order to be paid to the USMS should be issued in this amount.  The motion is **DENIED** in all other respects.

**DONE AND ORDERED** this 16th day of November 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge