IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THOMAS C O'BRYANT,

    Plaintiff,

v.                                        CASE NO. 1:10-cv-00076-MP-GRJ

JIMMY JONES, et al,

    Defendants.

_____/

## O R D E R

Plaintiff has filed a Motion for Order Directing Defendants' to File An Answer. (Doc. 40.) The Court previously directed Plaintiff to pay the costs of service and directed the Defendants to advise the Court when this was accomplished. (Doc. 29.) Althugh Plaintiff has filed a Notice advising the Court that funds were withdrawn from his account for this purpose (Doc. 39) the Court's previous Order directed the Defendants, not the Plaintiff, to advise the Court that these costs had been paid. Because service already has been accomplished (docs. 12, 14, 16) and a notice of appearance filed (Doc. 18), an answer should have been forthcoming as soon as the reimbursement was completed. Although the present motion contains a certificate of service date of December 29, 2010, no response has been filed.

Accordingly, it is **ORDERED:**

That Defendants shall on or before **February 9, 2011**, respond to Plaintiff's motion (Doc. 40) and advise whether service costs have been received and if so why

an answer has not been filed.

**DONE AND ORDERED** this 26th day of January, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge